IN The United States District Court
IN and for The State of
Pennsylvanian, PA

William Perry Lacey           )
         Plantiff             )  Law suite
                              )
Jerry Sandusky And PennState  )   13    7252
University                    )
         Defendants           )

---

Comes Now William Perry Lacey With his Lawsuite against Mr. Jerry Sandusky And Penn State University for The Sexual Abuse he sufferd from his mentor (Mr. Sandusky) in The Fall and Winter of 1978 And The Spring of 1979. Mr. Lacey will go into great Detail About his Abuse That may shock The Court. Before I go into Detail Let me say I'm sorry up front for The Words I may use. I Am Fileing This on my own Behalf as I am in prison And can not afford An Attorney. This Suite is Being Filed for The Following reasons.

1) In The Fall of 1978 Both of Mr. Lacey parents Mr. Elvis T. Lacey And Mrs. Shirley Ann (Johnson) Lacey

sent him to stay with his Aunt Dotti Johnson in German Town, Pa Because he was getting into trouble with the Locale Police. it was hoped That Aunt Dottie Could Straiten out Mr. Laceys Behavior. Mr. Lacey Behaved himself for Awhile Then started hanging out with the Wrong group of kids And started getting into trouble Mr. Lacey had a hard Time makeing Friends And could Be Talked into Almost Anything, Mr. Lacey was introduced To second mile Foundation And Mr. Sandusky Became Mr. Laceys Mentor, Mr. Sandusky took Mr. Lacey To The movies, out To eat AND Ice Cream An we when Swimming And Penn State Football games, I meet all The Players And even The Coach, Mr. Sandusky was AN Assistant Coach At The Time, I remember when we went Swimming he would help me put on my swim Suite, I thought Why did he do This, I Thought That it must Be something That parent do for There kids, Mr. Sandusky was my hero, I Loved he Like he was my real Daddy As my real Daddy Abused me When I was with Mr. Sandusky, I must of Been 14 to 15 years old but Looked Like a 9 to 10 year old I'v Always Looked young for my Age, Also

(2)

When I was with Mr. Sandusky I ~~wore~~ wore Diapers, As I wet the bed, so my mom + dad made me wear diapers And Babyish Plastic pants, I was Treated Like A Baby But When I was with Mr. Sandusky I could Act older, Some Time Though he Babyed me When I Spent Nights with him, And he diapered me for The Night, After A while of staying With him we started To Shower Together iN penn State Locker Room, I would see him naked And Noticed he had a Big hard on, But I Then Looked Away And Finished my shower he would At Time tickle me And I would Laugh Alot Then one day he Told me he Wanted To play a game And he put his ~~cock~~ cock up to my ~~mouth~~ mouth or I should say down As I was smaller Then him And he told me To suck it And if I did a good Job I would get A reward, So I did it not knowing That it was wrong, he paid me 5.00 Afterwards as my reward, I Thought I was rich And could By anything, After maybe Two weeks he asked me if I wanted a Bigger reward I said yes Smileing up at (3) him he soaped up his

dick and my Asshole And told me he was going To Fuck me it would hurt A Little, it did not hurt a Little it hurt a whole Lot And I Bled a lot I Thought I was going to die he told me no one would Beleive me if I said anything and if I said anything he would hurt me and my Family I was real scared and did not know what to do, he Fucked me in the Ass Several Times in the penn State Showers, I remember some one came into The Locker room but never saw who it was, I was sent Back home To my parents in The spring of 1979 Because I was no Longer getting into Trouble, I Never told Anyone what went on as I was very scared And he told me no one would Beleive me, And he'd hurt my Family well Thats all for now will Tell more at a Later Time.

William P. Lacey

09962-029
William Lacey
Federal Correctional Institution
P.O. Box 15330
FT Worth, TX 76119
United States

Next page

it should also be noted that because of the sexual abuse he suffered from Mr. Sandusky that Mr. Lacey tryed to kill himself in 1980 he od'd on 120 10mg tablets of Valume I was in a coma for awhile then was civially committed to the Independence mental hospital in Independence Iowa. I'v been through alot trying to get over from this sex abuse. I'v been in and out of the mental hospital alot, I'v been in jail I'v been in prison trying to relieve ~~my~~ my pain and nightmares now I suffer from so many mental illnesses I don't know what to do. I do know that Mr. Sandusky was the cause behind it all.

Thank you.

Billy Lacey

# SANCTIONS

That Mr. Lacey Be paid The sum of $1.50. million Dollars And That All parties involved Be Made to Apologize By Letter To Mr. Lacey for what was done to him.

09962-029
William Lacey
Federal Correctional Institution
P.O. Box 15330
FT Worth, TX 76119
United States

Signed November-27-2013

*[signature]*