IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM PERRY LACEY** | : | **CIVIL ACTION** |
| **v.** | : | |
| **JERRY SANDUSKY,** *et al.* | : | **NO. 13-7252** |

### O R D E R

      **AND NOW**, this 30th day of December 2013, the plaintiff having failed to pay the $350.00 filing fee and $50 administrative fee to the Clerk of Court, or file a motion to proceed *in forma pauperis* with a certified copy of his prisoner account statement for the six-month period prior to the filing of this civil action on December 9, 2013, it is **ORDERED** that the Clerk of Court is directed to **CLOSE** this case administratively.

      /s/Timothy J. Savage
      TIMOTHY J. SAVAGE,  J.